**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roland Able GOMES, Defendant–**
**Appellant.**

No. 01–7239.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Roland Able Gomes, pro se. Harry Thomas Church, Assistant United States Attorney, Charlotte, NC, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Roland Able Gomes seeks to appeal the district court's orders denying his motion construed as filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Gomes,* Nos. CR–88–38; CA–01–61–5–01–V (W.D.N.C. May 31, 2001; filed July 5, 2001 & entered July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*